| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF NEVADA | |
| Case number *(if known)* | Chapter you are filing under:<br>☐ Chapter 7<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **ROBERT**<br>First name<br><br>**EGBERT**<br>Middle name<br><br>**EDWARDS**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2123 | |

Debtor 1  **ROBERT EGBERT EDWARDS**                                              Case number *(if known)*

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| 5. | **Where you live** | **2536 Seascape Drive**<br>**Las Vegas, NV 89128**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>    Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>    Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **ROBERT EGBERT EDWARDS**                                                                                           Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| Debtor | **EDWARDS PETROLEUM TRANSPORT, LLC** | Relationship to you | **Managing Member of LLC** |
|---|---|---|---|
| District | **Nevada** | When **10/02/24** | Case number, if known **TBD** |
| Debtor |  | Relationship to you |  |
| District |  | When | Case number, if known |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **ROBERT EGBERT EDWARDS**     Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

*A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.*

*If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.*

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 4

Debtor 1  **ROBERT EGBERT EDWARDS**                                              Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**About Debtor 1:**                                                              **About Debtor 2 (Spouse Only in a Joint Case):**

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **ROBERT EGBERT EDWARDS**      Case number *(if known)*

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ ROBERT EGBERT EDWARDS

ROBERT EGBERT EDWARDS
Signature of Debtor 1

Signature of Debtor 2

Executed on   **October 3, 2024**
           MM / DD / YYYY

Executed on
MM / DD / YYYY

Debtor 1  **ROBERT EGBERT EDWARDS**  Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Seth D Ballstaedt, Esq.**
Signature of Attorney for Debtor

Date  **October  3, 2024**
MM / DD / YYYY

**Seth D Ballstaedt, Esq.**
Printed name

**Fair Fee Legal Services**
Firm name

**8751 W Charleston Blvd #230**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 715-0000**       Email address  **help@bkvegas.com**

**11516 NV**
Bar number & State

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **ROBERT EGBERT EDWARDS** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** | |
| Case number (if known) | | ☐ Check if this is an amended filing |

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|

**1**

**America First Credit Union**
**Attn: Bnakruptcy**
**Po Box 9199**
**Ogden, UT 84409**

Contact

Contact phone

What is the nature of the claim?   **Credit Card**   **$4,767.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                        -
   Unsecured claim

**2**

**American Express**
**PO Box 297800**
**Fort Lauderdale, FL 33329-7800**

Contact

What is the nature of the claim?   **business credit card**   **$16,970.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                        -

Debtor 1  **ROBERT EGBERT EDWARDS**  Case number *(if known)*

Contact phone  Unsecured claim

---

**3**

**Bank of America**
P.O. Box 982284
El Paso, TX 79998-2238

What is the nature of the claim?  **Spirit Mastercard**  $29,869.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:  -
Unsecured claim

Contact
Contact phone

---

**4**

**Bank of America**
PO Box 15019
Wilmington, DE 19850-5019

What is the nature of the claim?  **business credit card**  $29,457.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:  -
Unsecured claim

Contact
Contact phone

---

**5**

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

What is the nature of the claim?  **Credit Card**  $27,855.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:  -
Unsecured claim

Contact
Contact phone

---

**6**

**Bank of America**
**Attn: Bankruptcy**
Po Box 982234
El Paso, TX 79998

What is the nature of the claim?  **2018 Mercedes CLA250 60,000 miles KBBV**  $13,127.19

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1    **ROBERT EGBERT EDWARDS**          Case number *(if known)*

■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)  $24,735.19
   Value of security:  - $11,608.00
   Unsecured claim  $13,127.19

Contact
Contact phone

**7**

**Barclays Bank Delaware**
**Attn: Bankruptcy**
**125 South West St**
**Wilmington, DE 19801**

**What is the nature of the claim?**  **Credit Card**  $3,281.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:  -
   Unsecured claim

Contact
Contact phone

**8**

**Bitty Advance**
**1855 Griffin Rd A-474**
**Dania, FL 33004**

**What is the nature of the claim?**  **Loan**  $130,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:  -
   Unsecured claim

Contact
Contact phone

**9**

**Bitty Advance**
**1855 Griffin Rd A-474**
**Dania, FL 33004**

**What is the nature of the claim?**  **Capital Advance Loan**  $50,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:  -
   Unsecured claim

Contact
Contact phone

| Debtor 1 | ROBERT EGBERT EDWARDS | Case number *(if known)* |
|---|---|---|

**10**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

What is the nature of the claim?  **Credit Card**   $10,275.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

---

**11**

**Forward Financing**
**53 State St 20th Floor**
**Boston, MA 02109**

What is the nature of the claim?  **Capital Advance**   $88,313.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

---

**12**

**Jpmcb**
**MailCode LA4-7100**
**700 Kansas Lane**
**Monroe, LA 71203**

What is the nature of the claim?  **Credit Card**   $4,220.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

---

**13**

**Mitsubishi Motors Credit of America, Inc**
**P.O. Box 689040**
**Franklin, TN 37068-9040**

What is the nature of the claim?  **2023 Polar Tanker Trailer**   $110,807.81

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- No

Debtor 1    **ROBERT EGBERT EDWARDS**    Case number *(if known)*

Contact
Contact phone

■ Yes. Total claim (secured and unsecured)
　Value of security:    -
　Unsecured claim

---

**14**

**Paccar Truck Financing**
**15594 Valley Blvd**
**Fontana, CA 92335**

What is the nature of the claim?    **2023 Peterbilt 389**    **$156,000.00**
　　　　　　　　　　　　　　　　　　　**250,000 miles**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
　Value of security:    -
　Unsecured claim

Contact
Contact phone

---

**15**

**Pathward Bank**
**5501 S Broadband Ln**
**Sioux Falls, SD 57108**

What is the nature of the claim?    **2022 Heil Tanker Trailer**    **$112,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
　Value of security:    -
　Unsecured claim

Contact
Contact phone

---

**16**

**Rush Truck leasing**
**4150 Arctic Spring Ave,**
**Las Vegas, NV 89115**

What is the nature of the claim?    **$4,500.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
　Value of security:    -
　Unsecured claim

Contact
Contact phone

---

**17**

**Sumitomo Mitsui Finance**

What is the nature of the claim?    **2024 Peterbilt 389**    **$368,430.00**
　　　　　　　　　　　　　　　　　　　**31000 miles**

Debtor 1  **ROBERT EGBERT EDWARDS**    Case number *(if known)*

**666 Third Avenue**
**New York, NY 10017**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

**18**
**Sumitomo Mitsui Finance**
**666 Third Avenue**
**New York, NY 10017**

What is the nature of the claim?    **2024 Peterbilt 389**    **$285,033.00**
                                    **200,000 miles**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

**19**
**Sumitomo Mitsui Finance**
**666 Third Avenue**
**New York, NY 10017**

What is the nature of the claim?    **2023 Peterbilt 567**    **$211,270.00**
                                    **200,000 miles**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

**20**
**United States SBA**
**PO Box 3918**
**Portland, OR 97208-3918**

What is the nature of the claim?    **SBA Economic Injury**    **$752,300.00**
                                    **Disaster Loan**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
No

| Debtor 1 | **ROBERT EGBERT EDWARDS** | | Case number *(if known)* | |

Contact

☐ ■ Yes. Total claim (secured and unsecured)
Value of security:                    -
Unsecured claim

Contact phone

### Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ ROBERT EGBERT EDWARDS**                         X _____
**ROBERT EGBERT EDWARDS**                                    Signature of Debtor 2
Signature of Debtor 1

Date  **October 3, 2024**                                Date

```
ROBERT EGBERT EDWARDS
2536 Seascape Drive
Las Vegas, NV 89128

Seth D Ballstaedt, Esq.
Fair Fee Legal Services
8751 W Charleston Blvd #230
Las Vegas, NV 89117

America First Credit Union
Acct No xxxxxxxxxxxxxxxxxxxx0825
Attn: Bnakruptcy
Po Box 9199
Ogden, UT 84409

America First Credit Union
Acct No xxxxxxxxxxxxx7696
Attn: Bnakruptcy
Po Box 9199
Ogden, UT 84409

America First Credit Union
Acct No xxxxxxxxxxxxx7699
Attn: Bnakruptcy
Po Box 9199
Ogden, UT 84409

American Express
Acct No xx4006
PO Box 297800
Fort Lauderdale, FL 33329-7800

Arizona Central Credit Union
Acct No xxxxxxx3143
Attn: Bankruptcy
2020 N. Central Avenue, Suite 100
Phoenix, AZ 85004

Bank of America
Acct No xxxxxxxxxxxx5412
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxxxxxx0052
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Bank of America
Acct No xxxxxxxxx3409
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998
```

Bank of America
Acct No 5412
P.O. Box 982284
El Paso, TX 79998-2238

Bank of America
Acct No xxxxxxxx2537
PO Box 21848
Greensboro, NC 27420-1848

Bank of America
Acct No xxxxxxxx3669
PO Box 21848
Greensboro, NC 27420-1848

Bank of America
Acct No 4876
PO Box 15019
Wilmington, DE 19850-5019

Barclays Bank Delaware
Acct No xxxxxxxxxxx9098
Attn: Bankruptcy
125 South West St
Wilmington, DE 19801

Bitty Advance
1855 Griffin Rd A-474
Dania, FL 33004

Bitty Advance
1855 Griffin Rd A-474
Dania, FL 33004

Capital One
Acct No xxxxxxxxxxxx9191
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Denise Edwards
Acct No biz
9988 Alder Springs Court
Las Vegas, NV 89148

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Shores Community Association
2500 Regatta Dr.
Las Vegas, NV 89128

```
Desert Shores Raquet Club
2551 Golden Sands Dr
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128
```

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

Edwards Petroleum Transport LLC
2536 Seascape Drive
Las Vegas, NV 89128

ENGS Commercial Finance Co.
1 Pierce Place, Suite 1100
Itasca, IL 60143

Forward Financing
53 State St 20th Floor
Boston, MA 02109

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jpmcb
Acct No xxxxxxxxxxxx7938
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Mitsubishi HC Capital America, Inc.
800 Connecticut Ave, Suite 4N01
Norwalk, CT 06854

Mitsubishi Motors Credit of America, Inc
P.O. Box 689040
Franklin, TN 37068-9040

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

Nova/service
Acct No xxxxxxxxx1936
Po Box 100078
Duluth, GA 30096

Paccar Truck Financing
15594 Valley Blvd
Fontana, CA 92335

```
Pathward Bank
5501 S Broadband Ln
Sioux Falls, SD 57108

Rock Springs Dental Group
Acct No xx5128
7175 W Lake Mead Blvd Ste 110
Las Vegas, NV 89128

Rush Truck leasing
4150 Arctic Spring Ave,
Las Vegas, NV 89115

Sumitomo Mitsui Finance
666 Third Avenue
New York, NY 10017

Sumitomo Mitsui Finance
666 Third Avenue
New York, NY 10017

Sumitomo Mitsui Finance
666 Third Avenue
New York, NY 10017

Syncb/ccdstr
Acct No xxxxxxxxxxxx7731
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank
Acct No 3892
Attn: Bankruptcy Dept.
P.O. Box 965061
Orlando, FL 32896-5061

Synchrony Bank/Gap
Acct No xxxxxxxxxxxx3892
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/PayPal Credit
Acct No xxxxxxxxxxxx4211
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

TitleMax of Nevada
Acct No xxxxxxxxxxxx7537
Atn: Bankruptcy
15 Bull Street #200
Savannah, GA 31401
```

```
United States SBA
Acct No xxxxxx7409
PO Box 3918
Portland, OR 97208-3918

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101
```