United States Bankruptcy Court
District of Nevada

In re:  Case No. 24-15169-nmc
ROBERT EGBERT EDWARDS  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 03, 2024 | Form ID: 309E2 | Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ROBERT EGBERT EDWARDS, 2536 SEASCAPE DRIVE, LAS VEGAS, NV 89128-6815 |
| 12423461 | + | Denise Edwards, Acct No biz, 9988 Alder Springs Court, Las Vegas, NV 89148-5772 |
| 12423463 | + | Desert Shores Community Association, 2500 Regatta Dr., Las Vegas, NV 89128-6800 |
| 12423464 | + | Desert Shores Raquet Club, 2551 Golden Sands Dr, Las Vegas, NV 89128-2809 |
| 12423465 | + | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423487 | | Mitsubishi Motors Credit of America, Inc, P.O. Box 689040, Franklin, TN 37068-9040 |
| 12423489 | + | Nova/service, Acct No xxxxxxxxx1936, Po Box 100078, Duluth, GA 30096-9377 |
| 12423490 | + | Paccar Truck Financing, 15594 Valley Blvd, Fontana, CA 92335-6352 |
| 12423491 | + | Pathward Bank, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 12423492 | + | Rock Springs Dental Group, Acct No xx5128, 7175 W Lake Mead Blvd Ste 110, Las Vegas, NV 89128-1303 |
| 12423493 | + | Rush Truck leasing, 4150 Arctic Spring Ave,, Las Vegas, NV 89115-1813 |
| 12423494 | + | Sumitomo Mitsui Finance, 666 Third Avenue, New York, NY 10017-4159 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@bkvegas.com | Oct 03 2024 23:52:00 | SETH D BALLSTAEDT, BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LE, 8751 W CHARLESTON BLVD SUITE 230, LAS VEGAS, NV 89117 |
| tr | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Oct 03 2024 23:52:00 | CHAPTER 11 - LV, 300 LAS VEGAS BLVD., SO. #4300, LAS VEGAS, NV 89101-5803 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Oct 03 2024 23:52:00 | U.S. TRUSTEE - LV - 11, 300 LAS VEGAS BOULEVARD S., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 12423449 | | Email/Text: financialresolutiondepartment@azcentralcu.org | Oct 03 2024 23:52:00 | Arizona Central Credit Union, Acct No xxxxxxx3143, Attn: Bankruptcy, 2020 N. Central Avenue, Suite 100, Phoenix, AZ 85004 |
| 12423446 | + | Email/Text: e-bankruptcy@americafirst.com | Oct 03 2024 23:52:00 | America First Credit Union, Acct No xxxxxxxxxxxxx7696, Attn: Bnakruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12423447 | + | Email/Text: e-bankruptcy@americafirst.com | Oct 03 2024 23:52:00 | America First Credit Union, Acct No xxxxxxxxxxxxx7699, Attn: Bnakruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12423445 | + | Email/Text: e-bankruptcy@americafirst.com | Oct 03 2024 23:52:00 | America First Credit Union, Acct No xxxxxxxxxxxxxxxxxx0825, Attn: Bnakruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12423448 | | Email/PDF: bncnotices@becket-lee.com | Oct 04 2024 00:30:05 | American Express, Acct No xx4006, PO Box 297800, Fort Lauderdale, FL 33329-7800 |
| 12423451 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 03 2024 23:52:00 | Bank of America, Acct No xxxxxxxxxx0052, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |

| District/off: 0978-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: 309E2 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 12423452 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 03 2024 23:52:00 | Bank of America, Acct No xxxxxxxxx3409, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 12423454 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 03 2024 23:52:00 | Bank of America, Acct No xxxxxxxx2537, PO Box 21848, Greensboro, NC 27420-1848 |
| 12423455 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 03 2024 23:52:00 | Bank of America, Acct No xxxxxxxx3669, PO Box 21848, Greensboro, NC 27420-1848 |
| 12423453 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 03 2024 23:52:00 | Bank of America, Acct No 5412, P.O. Box 982284, El Paso, TX 79998-2284 |
| 12423456 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 03 2024 23:52:00 | Bank of America, Acct No 4876, PO Box 15019, Wilmington, DE 19850-5019 |
| 12423450 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 03 2024 23:52:00 | Bank of America, Acct No xxxxxxxxxxxx5412, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 12423457 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 03 2024 23:52:00 | Barclays Bank Delaware, Acct No xxxxxxxxxxx9098, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 12423458 | + | Email/Text: jorleidy@bittyadvance.com | Oct 03 2024 23:52:00 | Bitty Advance, 1855 Griffin Rd A-474, Dania, FL 33004-2241 |
| 12423460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 00:40:48 | Capital One, Acct No xxxxxxxxxxxx9191, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12423483 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Oct 03 2024 23:52:00 | Forward Financing, 53 State St 20th Floor, Boston, MA 02109-2820 |
| 12423484 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2024 23:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12423485 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 04 2024 00:30:05 | Jpmcb, Acct No xxxxxxxxxxxx7938, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 12423482 | | Email/Text: jfeinstein@mhccna.com | Oct 03 2024 23:52:00 | ENGS Commercial Finance Co., 1 Pierce Place, Suite 1100, Itasca, IL 60143 |
| 12423486 | ^ | MEBN | Oct 04 2024 11:23:02 | Mitsubishi HC Capital America, Inc., 800 Connecticut Ave, Suite 4N01, Norwalk, CT 06854-1694 |
| 12423462 | | Email/Text: bknotification@detr.nv.gov | Oct 03 2024 23:52:00 | Dept. of Employment, Training & Rehab, Employment Security Division, 500 East Third Street, Carson City, NV 89713 |
| 12423488 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Oct 03 2024 23:52:00 | Nevada Dept. of Taxations, Bankruptcy, 555 E Washington Ave, #1300, Las Vegas, NV 89101-1046 |
| 12423497 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:40:49 | Syncb/ccdstr, Acct No xxxxxxxxxxxx7731, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12423498 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:17:44 | Synchrony Bank, Acct No 3892, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 12423499 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:30:04 | Synchrony Bank/Gap, Acct No xxxxxxxxxxxx3892, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12423500 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:30:05 | Synchrony/PayPal Credit, Acct No xxxxxxxxxxxx4211, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 12423501 | + | Email/Text: BankruptcyNotices@ccfi.com | Oct 03 2024 23:52:00 | TitleMax of Nevada, Acct No xxxxxxxxxxxx7537, Atn: Bankruptcy, 15 Bull Street #200, Savannah, GA 31401-2686 |
| 12423502 | | Email/Text: bankruptcynotices@sba.gov | Oct 03 2024 23:52:00 | United States SBA, Acct No xxxxxx7409, PO Box |

| District/off: 0978-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: 309E2 | Total Noticed: 44 |

| 12423503 | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Oct 03 2024 23:52:00 | 3918, Portland, OR 97208-3918<br>United States Trustee, 300 Las Vegas Blvd. South #4300, Las Vegas, NV 89101-5803 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12423459 | *+ | Bitty Advance, 1855 Griffin Rd A-474, Dania, FL 33004-2241 |
| 12423466 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423467 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423468 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423469 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423470 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423471 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423472 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423473 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423474 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423475 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423476 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423477 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423478 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423479 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423480 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423481 | *+ | Edwards Petroleum Transport LLC, 2536 Seascape Drive, Las Vegas, NV 89128-6815 |
| 12423495 | *+ | Sumitomo Mitsui Finance, 666 Third Avenue, New York, NY 10017-4159 |
| 12423496 | *+ | Sumitomo Mitsui Finance, 666 Third Avenue, New York, NY 10017-4159 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024         Signature:    /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | ROBERT EGBERT EDWARDS <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2123 <br> EIN: __–_____ | |
| **Debtor 2:** <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____ <br> EIN: __–_____ | |
| United States Bankruptcy Court: | District of Nevada | Date case filed for chapter: 11   10/3/24 | |
| Case number: | 24–15169–nmc | | |

**Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)**

# Notice of Chapter 11 Bankruptcy Case    12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | ROBERT EGBERT EDWARDS | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2536 SEASCAPE DRIVE <br> LAS VEGAS, NV 89128 | |
| 4. | **Debtor's attorney** <br> Name and address | SETH D BALLSTAEDT <br> BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LEGAL SERVICES <br> 8751 W CHARLESTON BLVD SUITE 230 <br> LAS VEGAS, NV 89117 | Contact phone: 702–715–0000 <br><br> Email: help@bkvegas.com |
| 5. | **Bankruptcy trustee** <br> Name and address | CHAPTER 11 – LV <br> 300 LAS VEGAS BLVD., SO. #4300 <br> LAS VEGAS, NV 89101 | Contact phone: (702) 388-6600 <br><br> Email: USTPRegion17.lv.ecf@usdoj.gov |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South <br> Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM <br><br> Contact phone: (702) 527–7000 <br><br> Date: 10/3/24 |

**For more information, see page 2 >**

Debtor **ROBERT EGBERT EDWARDS** Case number **24–15169–nmc**

| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 7, 2024 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Call–in Number: 877–920–8646, Passcode: 7968994** |
|---|---|---|---|
| 8. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is: 1/6/25.** <br><br>**Deadline for filing proof of claim:** <br>**For all creditors (except a governmental unit): 12/12/24** <br>**For a governmental unit:** 4/1/25 <br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br>Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. <br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. <br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |