_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 21, 2025

David A. Riggi, Esq. (#4727)
7900 w. Sahara Ave #100
Las Vegas, NV 89149
Phone: 1-702-463-7777
Fax:    1-888-306-7157
E-mail: RiggiLaw@gmail.com
*Attorney for the Debtor in Possession*

## UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 24-15169 -NMC |
| **ROBERT EGBERT EDWARDS** | ) Chapter 11 (Subchapter V) |
| ☑ Affects this debtor | ) **LEAD CASE** |
| | ) **Jointly Administered with** |
| _____ | ) |
| In re: | ) Case No.: 24-15170 -NMC |
| **EDWARDS PETROLEUM TRANSPORT, LLC** | ) Chapter 11 (Subchapter V) |
| ☐ Affects this debtor | ) **Hearing Date:   April 1, 2025** |
| | ) **Hearing Time:  9:30 a.m.** |

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION RE:
FIXING OF DATES, DEADLINES & RELATED PROCEDURES, AND
APPROVAL OF THE FORM OF BALLOTS,
IN THE DEBTOR'S SUBCHAPTER V CASE AND ITS
CHAPTER 11 PLAN OF REORGANIZATION**

1

**Robert Egbert Edwards**, as debtor and debtor in possession ("Debtor"), having filed its *Ex Parte Motion for Order Re: Fixing of Dates, Deadlines & Related Procedures and Approval of the Form of Ballots, in the Debtor's Subchapter V Case and Its Proposed Plan of Reorganization for Small Business under Chapter 11 for Robert Egbert Edwards* ("Motion"), thereby requesting the fixing of various dates and deadlines pursuant to Fed. R.Bankr. P. 3017.2 and related authorities relating to its proposed *Chapter 11 Plan of Reorganization* filed at **ECF No. 52**, and for good cause shown;

**IT IS HEREBY ORDERED:**

1. The Debtor's Motion is GRANTED.

2. The Hearing Notice attached to the Motion as **Exhibit 2** is approved.

3. The Form of Ballot attached to the Motion as **Exhibit 3** is approved.

4. The Debtor shall distribute packages (the "Plan Packages") consisting of: (i) the proposed Plan, together with all exhibits thereto; (ii) this Order; (iii) the Combined Hearing Notice, and (iv) the Ballots, as applicable, within one (1) business day of entry of this Order.

5. The following dates and deadlines related to the Plan are fixed:

   a. Objection Deadline: **March 19, 2025,** is the deadline for all creditors and parties in interest to file and serve objections to confirmation of the Debtor's Plan ("Objections"), as well as affidavits or declarations in support of such Objections.

   b. Ballot Deadline: The deadline for completed and submitting Ballots voting on the Debtor's proposed Plan, such that they are actually received by the Debtor's counsel, is **March 21, 2025.**

   c. Reply Deadline: The deadline for filing replies to any Objections, and any declarations in support of confirmation is **March 26, 2025**.

      d.   Ballot Summary Deadline: **March 26, 2025,** is fixed as the deadline for the Debtor's filing of the Ballot Summary regarding the ballots cast on the Plan.

      e.   Confirmation Hearing: A hearing to consider confirmation of the Debtor's Plan shall be held on **April 1, 2025 at 9:30 a.m.** ("Confirmation Hearing").

6.     Pursuant to Bankruptcy Rule 3019 and LR 3019, all creditors and parties in interest are advised that the Court may consider modifications to the Debtor's proposed Plan at the Confirmation Hearing.

7.     The Confirmation Hearing may be adjourned or continued from time to time by the Court or the Debtor without further notice other than adjournments announced in open Court.

8.     Objections to confirmation of the Plan not timely filed and served in accordance with the provisions of this Order shall not be considered by the Court and shall be denied and overruled unless otherwise ordered by the Court.

   **IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

By: */s/* David A. Riggi
RIGGI LAW FIRM
DAVID A. RIGGI, ESQ.
7900 West Sahara Ave.. Suite 100
Las Vegas, NV 89117

Attorney for the Debtor in Possession