Terri H. Didion, Assistant United States Trustee  
State Bar No. CA 133491  
Carlos R. Hernandez-Vivoni, Trial Attorney  
State Bar No. TX 24096186  
UNITED STATES DEPARTMENT OF JUSTICE  
Office of the United States Trustee  
300 Las Vegas Boulevard, So., Ste. 4300  
Las Vegas, NV 89101  
Tel.: (702) 388-6600  
Fax: (702) 388-6658  
Email: *carlos.hernandez-vivoni@usdoj.gov*  

E-Filed:  March 19, 2025

Attorneys for the United States Trustee for Region 17  
       TRACY HOPE DAVIS

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ROBERT EGBERT EDWARDS,<br><br>☒ Affects Robert Egbert Edwards<br>☐ Affects Edwards Petroleum Transport, LLC<br>☐ Affects all Debtors | Lead Case No: 24-15169-nmc<br><br>Jointly Administered with<br>Case No: 24-15170-nmc<br><br>Chapter 11, Subchapter V<br><br>Date: April 1, 2025<br>Time:  9:30 a.m. |

**THE UNITED STATES TRUSTEE'S RESPONSE AND RESERVATION OF RIGHTS TO THE PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER <u>CHAPTER 11 FOR ROBERT EGBERT EDWARDS</u>**

To the Honorable NATALIE M. COX, United States Bankruptcy Judge:

Tracy Hope Davis, United States Trustee for Region 17 (the "U.S. Trustee"), by and through her undersigned counsel, hereby files this response and reservation of rights to the *Plan of Reorganization for Small Business Under Chapter 11 for Robert Egbert Edwards* [ECF No. 52] (the "Plan") filed by Robert Egbert Edwards ("Debtor").[1]

---

[1] "Section" refers to section of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 as amended, unless otherwise noted, and "FRBP" refers to the Federal Rules of Bankruptcy Procedure. "FRE" refers to the Federal Rules of Evidence; and "ECF No." refers to the bankruptcy docket case number 24-15169-nmc. The U.S. Trustee requests that the Court take judicial notice of the pleadings and documents filed in this case, pursuant to FRBP 9017 and FRE 201. To the extent that the objection contains factual assertions predicated upon statements made by Debtor, its agents, attorneys,

1

1. On January 2, 2025, the Debtor filed the Plan. [*See* ECF No. 52].

2. Although there is no Notice of Hearing filed on docket, the *Order Granting Debtor's Ex Parte Motion Re: Fixing of Dates, Deadlines & Related Procedures, and Approval of the Form of Ballots, in the Debtor's Subchapter V Case and its Chapter 11 Plan of Reorganization* establishes April 1, 2025, as the date for the confirmation hearing. [*See* ECF No. 72].

3. The deadline for oppositions to the Plan is set for March 19, 2025. [*Id.*].

4. The U.S. Trustee and Debtor's Counsel are in dialogue concerning several issues the U.S. Trustee has raised informally. Additional information will be forthcoming from Debtor.

5. The U.S. Trustee reserves all her rights under the Bankruptcy Code and FRBP, including to object to the Plan and any subsequent amendments or supplements to the Plan, prior to or at the hearing.

Dated: March 19, 2025

Respectfully Submitted,
TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:  */s/ Carlos R. Hernandez-Vivoni*
Carlos R. Hernandez-Vivoni
Trial Attorney for the United States Trustee

.

---

professionals, or employees, the U.S. Trustee submits that such factual assertions are supported by admissible evidence in the form of admissions of a party opponent under FRBP 9017 and FRE 801(d)(2).

2

# CERTIFICATE OF SERVICE

I, Carlos R. Hernandez-Vivoni, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on March 19, 2025, I caused a copy of the foregoing:

- **THE UNITED STATES TRUSTEE'S RESPONSE AND RESERVATION OF RIGHTS TO THE PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11 FOR ROBERT EGBERT EDWARDS**

to be served on the following parties:

☑      a.  ECF System (attach Notice of Electronic Filing or list of persons & addresses):

- ACE C VAN PATTEN on behalf of Creditor Nova Financial & Investment Corporation avanpatten@alaw.net bknv@alaw.net;anhsalaw@infoex.com
- BRADLEY K JONES on behalf of Creditor PATHWARD BANK bkjones@rappandkrock.com kmartin@rappandkrock.com
- BRIAN D. SHAPIRO brian@trusteeshapiro.com; nv22@ecfcbis.com;kristin@trusteeshapiro.com; carolyn@brianshapirolaw.com
- DAVID A RIGGI on behalf of Debtor ROBERT EGBERT EDWARDS darnvbk@gmail.com 2782@notices.nextchapterbk.com
- JOHN F SCHNERINGER on behalf of Creditor Mitsubishi HC Capital America Inc. jschneringer@grsm.com, gangulo@grsm.com,VLS_LVSupport@grsm.com
- MARK M. WEISENMILLER on behalf of Creditor PATHWARD BANK mark@abwfirm.com; mark-weisenmiller1991@ecf.pacerpro.com; weisenmiller.markm.b117998@notify.bestcase.com; melissa@abwfirm.com
- REGINA A. HABERMAS on behalf of Creditor BANK OF AMERICA N.A. rh@tblaw.com, nvbk@tblaw.com
- SETH D BALLSTAEDT on behalf of Jnt Admin Debtor EDWARDS PETROLEUM TRANSPORT LLC help@bkvegas.com, ballstaedtecf@gmail.com; Brooke@bkvegas.com; 2667980420@filings.docketbird.com
- NATHAN F. SMITH nathan@mclaw.org C201@ecfcbis.com

I declare under penalty of perjury that the foregoing is true and correct.

Signed: March 19, 2025

*/s/ Carlos R. Hernandez-Vivoni*
Carlos R. Hernandez-Vivoni