DECLARATION OF ROBERT EGBERT EDWARDS

I, ROBERT EGBERT EDWARDS, declare under penalty of perjury as follows:

1. I am the principal and managing member of Edwards Petroleum Transport, LLC (the "Debtor" or "Company"), a debtor in the above-captioned jointly administered Chapter 11 proceedings.

2. I have personal knowledge of the matters set forth in this Declaration and, if called upon to testify thereto, would and could competently do so.

3. The Debtor specializes in hazardous materials (HAZMAT) transportation. I have managed and operated the Debtor's business since its inception.

4. In October 2024, the Debtor filed for relief under Chapter 11, Subchapter V, to reorganize its debts and preserve ongoing operations.

5. I underwent hip replacement surgery in mid-2024. My recovery limited my ability to drive full-time and to oversee day-to-day operations as actively as before the surgery.

6. Additionally, one of the Debtor's key trucks was out of service for several months, causing a significant reduction in our capacity to generate revenue.

7. These events contributed to lower-than-expected monthly income and decreased net cash flow during certain months of 2024 and early 2025.

8. I have now fully recovered from hip replacement surgery and have resumed driving five to six days per week.

9. The formerly inoperative truck is back on the road, and our entire fleet of trucks is currently operational.

10. My driving typically generates approximately $2,500 per day of additional gross revenue for the Debtor. Because I am now able to drive full-time again, I expect monthly revenue to increase substantially.

11. Despite some seasonal slump in net cash flow during the period leading up the to bankruptcy filing, I believe our gross revenue is trending higher, as evidenced by the revenue figures from January 2024 through February 2025.

12. We have historically seen revenue increases in the spring and summer months due to seasonal demand. I anticipate these higher-revenue months will align with my increased driving capacity and a fully utilized fleet.

13. Based on my personal knowledge of our contracts, spot-market opportunities, and the operational capacities of our fleet, I am highly confident that our monthly revenue will stabilize or exceed the figures necessary to meet the approximate $21,840 monthly payment obligations under the Plan.

14. As of mid-to-late March 2025, I am actively driving for most of the week, which has already begun to generate improved revenue.

15. My hip replacement recovery is no longer limiting my ability to work full-time.

16. Barring an unforeseen force majeure, I am fully confident that the Debtor can meet its monthly payment obligations under the proposed Plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 25, 2025

/s/ Robert Egbert Edwards
Robert Egbert Edwards
Managing Member, Edwards Petroleum Transport, LLC