David A. Riggi, Esq. (#4727)
7900 West Sahara Avenue. Suite 100
Las Vegas, NV 89117
Phone: 1-702-463-7777
Fax:    1-888-306-7157
E-mail: RiggiLaw@gmail.com
*Attorney for the Debtor in Possession*

**UNITED STATE BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 24-15169 -NMC |
| **ROBERT EGBERT EDWARDS** | Chapter 11 (Subchapter V) |
| ☑ Affects this debtor | **LEAD CASE** |
| | **Jointly Administered with** |
| In re: | Case No.: 24-15170 -NMC |
| **EDWARDS PETROLEUM TRANSPORT, LLC** | Chapter 11 (Subchapter V) |
| ☐ Affects this debtor | Hearing Date:  April 1, 2025<br>Hearing Time:  9:30 a.m. |

# STATUS REPORT REGARDING
## CHAPTER 11 PLAN OF REORGANIZATION

ROBERT EGBERT EDWARDS, debtor in possession (the "Debtor"), by and through his counsel, submits this status report in lieu of a brief in support of confirmation – the Debtor will not seek confirmation at this first date set for a confirmation hearing. The Debtor must amend the plan to conform to certain recent agreements, specifically: (1) a stipulation between the Debtor and Nova Financial & Investment Corporation (Plan Class 2A) regarding treatment of the mortgage on the Debtor's residence; and (2) an agreement between the Debtor and the Office of the United States Trustee concerning various amendments to be made to the Plan.

In addition, Debtor has resolved and cured the arrearages of $2802.64 owed to Bank of America (Plan Class 2C) for a debt secured by a 2018 Mercedes Benz. That cure, occurring on March 28, 2025, in that amount of $2802.64, has a Bank of America internal confirmation code of 20UOJC. The payment and the confirmation code were reported by the undersigned attorney to counsel for Bank of America. The vehicle is necessary to this individual Debtor's reorganization because the vehicle fulfills the Debtor's obligation to a dependent – his daughter. His daughter uses the vehicle to travel to her work.

Dated: <u>March 28, 2025</u>

By: */s/* David A. Riggi
RIGGI LAW FIRM
DAVID A. RIGGI, ESQ.
7900 West Sahara Avenue Suite 100
Las Vegas, NV 89149
*Attorney for the Debtor in Possession*