_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 07, 2025
_____

Ballstaedt Law Firm, LLC dba Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #220
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>**ROBERT EGBERT EDWARDS**<br>☐ Affects this debtor | Case No. 24-15169-nmc<br>Chapter: 11<br>**LEAD CASE**<br>**Jointly Administered with** |
| In re:<br>**EDWARDS PETROLEUM TRANSPORT, LLC**<br>☑ Affects this debtor | Case No: 24-15170-nmc<br>Chapter: 11<br>Hearing Date: 4/1/2025<br>Hearing Time: 9:30 AM |

### ORDER CONFIRMING CHAPTER 11
### SMALL BUSINESS SUBCHAPTER V PLAN

This matter came before the Court for hearing on April 1, 2025 at 9:30 AM (the "Confirmation Hearing") pursuant to 11 U.S.C. § 1129 and Federal Rule of Bankruptcy Procedure 3020 for confirmation of the Debtor's Chapter 11 Small Business Subchapter V Plan

("Plan"), filed on 03/25/2025 [ECF No. 95]. Appearances were made by Seth D. Ballstaedt on behalf of the Debtor, Carlos R. Hernandez-Vivoni, Esq on behalf of the U.S. Trustee, and Nathan F. Smith, Esq, the Subchapter V Trustee.

The Court, having duly considered the statements presented by the aforementioned parties, and after a review of the case record, confirmed the Plan under 11 U.S.C. § 1191(b). This confirmation, as stated on the record during the Confirmation Hearing, is based on the Court's determination that the Plan meets all statutory requirements under 11 U.S.C. § 1129 and 11 U.S.C. § 1191(b), signifying that it is fair and equitable, and does not discriminate unfairly.

IT IS HEREBY ORDERED THAT:

1. The Plan, as submitted and amended, is hereby CONFIRMED pursuant to §1191(b).
2. Pursuant to the exception provided in 11 U.S.C. Section 1194(b), the Debtor shall make all Plan payments, not the Subchapter V Trustee; however, the Subchapter V Trustee shall remain as trustee for the life of the Plan and continue in his duties in conformance with 11 U.S.C. Section 1183, and the provisions of the Plan, and shall be entitled to seek allowance and payment of his compensation in accordance with applicable provisions of the Bankruptcy Code and the Plan.
3. All payments contemplated in the Plan shall commence upon the effective date as detailed in the Plan. Within two business days of the Effective Date, the Reorganized Debtor(s) or any other authorized parties who have been charged with administering the confirmed plan shall file a Notice of Occurrence of the Effective Date with the Bankruptcy Court, identifying the Effective Date and indicating that it has occurred.
4. All provisions of the Plan, as amended, are approved and shall be effective 14 days after the entry of this Order.
5. This Court shall retain jurisdiction over this matter for all purposes under 28 U.S.C. §§ 157 and 1334, including the interpretation and enforcement of the terms of the Plan and this Order.

6. This Order is a final order for purposes of appeal under 28 U.S.C. § 158(a)(1).

IT IS SO ORDERED.

Submitted by:

/s/ Seth D. Ballstaedt, Esq.
Seth D. Ballstaedt, Esq.
Counsel for Debtor

Approved by:

/s/ Carlos R. Hernandez-Vivoni, Esq

Carlos R. Hernandez-Vivoni, Esq
Trial Attorney, US Trustee

/s/ Nathan F. Smith, Esq

Nathan F. Smith, Esq
Subchapter V Trustee

ALTERNATIVE METHOD re: RULE 9021:
In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_x_ I have delivered a copy of this processed order to all counsel who appeared at the hearing, and each has approved the order, or failed to respond, as indicated below:

| Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| Carlos R. Hernandez-Vivoni | X | | |
| Nathan F. Smith | X | | |

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #