**Fill in this information to identify the case:**

Debtor Name _Robert Egbert Edward_

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _____  24-15169-NMC

☐ Check if this is an amended filing

---

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _June 2025_

Date report filed: _MM / DD / YYYY_

Line of business: _Truck Driver_

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Robert Edwards_

Original signature of responsible party: _(signed)_

Printed name of responsible party: _Robert Edward_

---

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☒ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☒ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☒ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☒ |

Debtor Name **Robert Edwards**

Case number **24-15170**

17. Have you paid any bills you owed before you filed bankruptcy?

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 1,308.60

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 9938.64

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 9283.79

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 654.85

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 1963.45

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0



Debtor Name **ROBERT EDWARDS**          Case number **24-15170**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**          $ 1290792

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?          NA

27. What is the number of employees as of the date of this monthly report?          NA

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 0

29. How much have you paid in total professional fees related to this bankruptcy case since the case was filed?          $ 10000

30. How much have you paid this month in other professional fees?          $ 0

31. How much have you paid in total other professional fees since filing the case?          $ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 14365.92 | − | $ 9938.64 | = | $ 4427.28 |
| 33. **Cash disbursements** | $ 10,400 | − | $ 9283.79 | = | $ 1116.21 |
| 34. **Net cash flow** | $ 3965.92 | − | $ 654.85 | = | $ 3,311.07 |

35. Total projected cash receipts for the next month:          $ 12907.9-

36. Total projected cash disbursements for the next month:          − $ 9283.79

37. Total projected net cash flow for the next month:          = $ 3624.13

---



Debtor Name *Robert Elbert Edwards*     Case number 24-15170

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



**EXHIBIT F MONTHLY OPERATING REPORT JUNE 2025 CASE#24-15169**

**MONEY OWED TO ME**

**EMPLOYER**

**EDWARDS PETROLEUM TRANSPORT**

| | | |
|---|---|---|
| JULY 7,2025 | PAYROLL | $6,453.96 |
| JULY 23,2025 | PAYROLL | $6,453.96 |
| | TOTAL: | $12,907.92 |

**VA DISABILITY BENEFITS PAYMENTS**

| | | |
|---|---|---|
| JULY1,2025 | VACP TREASURY | 1,480.93 |



**Deposit/Credits**   *Exhibit C*

**May 30 Federal Benefit Deposit**
**REF=251430081186740N00**
**From VACP TREAS 31**
**XXVA BENEF9111036002 21230036**                    $1,480.93

**Jun 25 Interest Paid 2500026175**                    $3.76

**Total Deposits / Credits**          $1,484.69

**Deposit/Credit**   *Exhibit C*

Jun 6 Electronic Deposit  REF=251570039353940N00
From EDWARDS PETROLEU PAYROLL 1462800242                    **$6,453.95**

Jun 23 Mobile Banking Transfer From Account 153759872184
$2,000.00

                      **Total Deposits / Credits**   **$8,453.95**

**Cardwithdrawals**   *Exhibit D*

Jun 9 Debit Purchase – VISA GOLDEN ACORN TRA
On 060825 CAMPO CA
REF # 24765015160366886638158  0366886638                    **$2.82-**

Jun 9 Recurring Debit Purchase SPOTIFY
On 060625 877-778-1161 NY
REF # 24036295157744744336 US1  7744744336                    **$19.99-**

Jun 9 Recurring Debit Purchase  Netflix.com
On 060625 netflix.com CA
REF # 24906415157230966802 US1  7230966802                    **$33.98-**

Jun 12 Debit Purchase – VISA  WALGREENS #3922
On 061125 LAS VEGAS NV
REF # 24445005163000896520447  3000896520                    **$9.27-**

Jun 12 Debit Purchase – VISA  WALGREENS #3922
On 061125 LAS VEGAS NV
REF # 24445005163000896520363  3000896520                    **$57.99-**

Jun 13 Debit Purchase – VISA  ARCO #66158
On 061125 LAS VEGAS NV
REF # 24034545163002259557752   3002259557                    **$12.45-**

Jun 13 Debit Purchase – VISA  JOLLIBEE
On 061125 626-369-7118 NV
REF # 24692165163107144201472  3107144201                    **$24.90-**



Exhibit D

**Jun 16 Debit Purchase  UBR* PENDING.UBE**
**On 061525 San Francisc CA**
**REF # 469483 06150603 04**                                $8.95-

**Jun 16 Debit Purchase  Uber Technologie**
**On 061525 Wilmington DE**
**REF # 319663 06150759 34**                                $9.91-

**Jun 16 Debit Purchase – VISA**
**DD *DOORDASH HAL**
**On 061425 DOORDASH.COM CA**
**REF # 24011345166100099430203  6100099430**              $17.61-

**Jun 17 Debit Purchase – VISA  GOLDEN ACORN TRA**
**On 061625 CAMPO CA**
**REF # 24765015168375888701866  8375888701**              $6.51-

**Jun 17 Debit Purchase  UBR* PENDING.UBE**
**On 061725 San Francisc CA  REF # 527638 06170248 28**    $7.92-

**Jun 17 Debit Purchase  UBR* PENDING.UBE**
**On 061725 San Francisc CA  REF # 427386 06170504 09**    $8.93-

**Jun 17 Debit Purchase – VISA  GOLDEN ACORN TRA**
**On 061625 CAMPO CA**
**REF # 24765015168375888701874  8375888701**              $13.65-

**Jun 17 Debit Purchase – VISA  GOLDEN ACORN TRA**
**On 061625 CAMPO CA**
**REF # 24765015168375888701882  8375888701**              $16.33-

**Jun 17 Debit Purchase – VISA  DD *DOORDASH SPR**
**On 061525 DOORDASH.COM CA**
**REF # 24011345167100079288976  7100079288**              $149.92-

**Jun 20 Recurring Debit Purchase UBER *ONE**
**On 061925 HELP.UBER.CO CA**
**REF # 24036295170714592344 US1  0714592344**             $9.99-



Exhibit D

**Jun 20 Debit Purchase – VISA  TST* HOUSE OF EM**
**On 061725 LAS VEGAS NV**
REF # 24137465169100325147201  9100325147                    $29.58-

**Jun 20 Debit Purchase – VISA  WWW.NORTHS* NORT**
**On 061825 NORTHSIDENAT NV**
REF # 24000775170100002244365  0100002244                    $95.88-

**Jun 20 Debit Purchase – VISA  EL PESCADOR FISH**
**On 061725 LA JOLLA CA**
REF # 24493985169116781065344  9116781065                    $110.33-

**Jun 23 Debit Purchase – VISA  GOLDEN CORRAL 26**
**On 061925 LAS VEGAS NV**
REF # 24445005171100196338738  1100196338                    $45.47-

**Jun 23 Debit Purchase – VISA  MY THAI MASSAGE**
**On 062125 LAS VEGAS NV**
REF # 24493985173118085953120  3118085953                    $64.86-

**Jun 23 Debit Purchase – VISA  ALBERTSONS #0212**
**On 061925 LAS VEGAS NV**
REF # 24231685171379602726283  1379602726                    $100.65-

**Jun 23 Debit Purchase – VISA RADIANT SMILES S**
**On 061925 LAS VEGAS NV**
REF # 24071055171939193028370  1939193028                    $930.00-

**Jun 26 Debit Purchase – VISA**
**TORRES MARTINEZ**
**On 062425 SALTON CITY CA**
REF # 24129425176100000017575  6100000017                    $6.77-

**Jun 27 Debit Purchase – VISA  7-ELEVEN 39605**
**On 062525 LAS VEGAS NV**
REF # 24034545177005144258423  7005144258                    $5.73-

**Jun 27 Debit Purchase – VISA  TORRES MARTINEZ**
**On 062525 SALTON CITY CA**
REF # 24129425177100000018127  7100000018                    $14.66-



Exhibit D

**Jun 30 Debit Purchase**
**UBR\* PENDING.UBE  On 062825 San Francisc CA**
**REF # 390196 06280238 56**                                    $7.52-

**Jun 30 Debit Purchase  UBR\* PENDING.UBE**
**On 062825 San Francisc CA  REF # 044094 06280455 31**        $7.54-

**Jun 30 Debit Purchase – VISA  WENDY'S #381**
**On 062925 OAK HILLS CA**
**REF # 24445005180500647356297  0500647356**                  $10.23-

**Jun 30 Debit Purchase  Uber Technologie**
**On 062825 Wilmington DE**
**REF # 112899 06280803 42**                                   $10.33-

**Jun 30 Debit Purchase  UBR\* PENDING.UBE**
**On 062825 San Francisc CA**
**REF # 107361 06280639 30**                                   $10.49-

**Jun 30 Debit Purchase – VISA  SP NEW VERNON TR**
**On 062825 176-02560306 CA**
**REF # 24011345180100051831168  0100051831**                  $14.98-

**Jun 30 Debit Purchase – VISA  SP NEW VERNON TR**
**On 062825 176-02560306 CA**
**REF # 24011345179100096575971**
**9100096575**                                                 $17.65-

**Jun 30 Debit Purchase – VISA  JACK IN THE BOX**
**On 062625 BOULDER CITY NV**
**REF # 24692165178107646797046   8107646797**                 $22.83-

**Jun 30 Debit Purchase – VISA  SP NEW VERNON TR**
**On 062825 176-02560306 CA**
**REF # 24011345180100014929943  0100014929**                  $192.44-

**Card 4302 Withdrawals Subtotal**          $2,109.06-

**Total Card Withdrawals**          $2,109.06-



Exhibit D

**Other Withdrawals**

**Jun 3 Zelle Instant  On 06/03/25**
**PMT To Dog Carla**
**PMT ID=USBPdYOnBAhB**                      $110.00-

**Jun 5 Zelle Instant  On 06/05/25**
**PMT To Aleza Ebona**
**PMT ID=USBFqJYnC9Q2**                      $100.00-

**Jun 5 Zelle Instant On 06/05/25**
**PMT To Aleza Ebona**
**PMT ID=USBkdXknC9Po**                      $220.00-

**Jun 6 Zelle Instant  On 06/06/25**
**PMT To ALEZA EBONA**
**PMT ID=USBGRnWpil69**                      $200.00-

**Jun 6 Electronic Withdrawal**
**REF=251560116114870N00**
**To BANK OF AMERICA  9500000000ONLINE**
**PMTUSB341624371PO**                        $500.00-

**Jun 9 Electronic Withdrawal**
**REF=251570123924460N00**
**To SOUTHWEST GAS**
**9500000000ONLINE**
**PMTUSB341624371POS**                       $20.08-

**Jun 9 Zelle Instant  On 06/08/2**
**PMT To LANDSCAPE ENRIQUE**
**PMT ID=USB4mLbpiUje**                      $80.00-

**Jun 9 Electronic Withdrawal**
**REF=251600088911700N00**
**To OKINUS8004721334**
**80047213348800015084**                     $492.77-

*Exhibit D*

**Jun 13 Zelle Instant On 06/13/25**
**PMT To ALEZA EBONA  PMT ID=USB5vGhpkkl2** $250.00-

**Jun 16 Electronic Withdrawal  REF=251670109453870N00**
**To DeltaCare  2942761537PREMIUM 703166632703** $26.18-

**Jun 16 Zelle Instant  On 06/14/25**
**PMT To Aleza Ebona  PMT ID=USBONX6nEH2I** $30.00-

**Jun 18 Electronic Withdrawal  REF=251680175532000N00**
**To COX COMM LAS  PURCHASE 1582406705** $51.26-

**Jun 20 Electronic Withdrawal  REF=251690071473470N00**
**To HAGERTY INS  PAYABLES 2880268247** $96.19-

**Jun 20 Mobile Banking Transfer To Account 153759872184** $100.00-

**Jun 20 Zelle Instant On 06/20/25**
**PMT To ALEZA EBONA**
**PMT ID=USBtP7EpmjzM** $250.00-

**Jun 25 Zelle Instant  On 06/25/25**
**PMT To Natasha  PMT ID=USBehoOnHOLy** $180.00-

**Jun 25 Electronic Withdrawal  REF=251750083427100N00**
**To Ambetter  A113580784HEALTH INS000000278941285** $375.68-

**Jun 26 Zelle Instant  On 06/26/25**
**PMT To Aleza Ebon**
**PMT ID=USBNF4enI4lC** $40.00-

**Jun 27 Zelle Instant  On 06/27/25**
**PMT To ALEZA EBONA**
**PMT ID=USBrLgzpoiOH** $250.00-

**Jun 30 Zelle Instant  On 06/28/25**
**PMT To Natasha**
**PMT ID=USBmjUvnIFTE** $20.00-

**Jun 30 Zelle Instant  On 06/30/25**
**PMT To Aleza Ebona  PMT ID=USBeXmbnJeTf** $25.00-

**Jun 30 Zelle Instant  On 06/28/25**
**PMT To Roadrunerzz Mobile Mechanics**
**PMT ID=USB55QenlFGn** $60.80-



Exhibit D

**Jun 30 Electronic Withdrawal**
**REF=251780064944020N00**
**To ALLSTATE INS CO**
**1360719665INS PREM 000000886812791**                                    $137.77-

**Total Other Withdrawals**    $3,615.73-

Exhibit D

**Personal Checking Checks Presented Conventionally**

| | | | |
|---|---|---|---|
| 6.30 | 5062 | Dessert shores HOA | $115 |
| 6.16 | 5056 | Nova home loans MORTGAGE | $1,600 |
| 6.13 | 5057 | AFCU  HELOC | $1,500 |
| 6.9.25 | 5064 | NV Energy power bill | $261 |
| 6.5.25 | 104 | Dessert shores raquet club | $85 |

**Total check withdrawals**        **$3,561**

**Uni-Statement**



Account Number:
████████ 2192

Statement Period:
Jun 1, 2025
through
Jun 30, 2025

Page 1 of 4

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

7107        INT            S        81      X      ST01

000638995811415 P

ESTATE OF ROBERT E EDWARDS
DEBTOR IN POSSESSION
BANKRUPTCY CASE #24-15170-NMC
2536 SEASCAPE DR
LAS VEGAS NV  89128-6815

☎                                 *To Contact U.S. Bank*
*By Phone:*                                800-673-3555
**U.S. Bank accepts Relay Calls**
*Internet:*                                   usbank.com

---

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

---

## INFORMATION YOU SHOULD KNOW

Effective August 11, 2025, the following changes are being made and will be reflected in the *Consumer Pricing Information* documents which may affect your rights.

Beginning July 7, 2025, you can review the full revised document at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

- The Safe Deposit Box lock drilling fee will change to no charge (from $150)
- Under Bank Smartly® Checking, updating the ways to waive the Monthly Maintenance Fee to include owner on a U.S. Bank Smartly™ Visa Signature® Card
- Adding clarifying language to the U.S. Bank Smart Rewards® and U.S. Bank Smartly® Savings Interest Rate Bump Combined Qualifying Balance (CQB) calculation and the Smart Rewards tier assignment

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Effective August 11, 2025, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning July 7, 2025, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under **Refusing Payment on Your Checks**, adding we may refuse to exchange for cash any check drawn on your account unless the presenter of such check also maintains a deposit account with us.

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                                    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.                   $_____

5.  Total lines 3 and 4.                                                                                                $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.       $_____

7.  Subtract line 6 from line 5.  This is your balance.                                                  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you within 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
● Tell us your name and account number.
● Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
● Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
● *Account information:* Your name and account number.
● *Dollar Amount:* The dollar amount of the suspected error.
● *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
● We cannot try to collect the amount in question, or report you as delinquent on that amount.
● The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
● While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
● We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER

**US bank.**

ESTATE OF ROBERT E EDWARDS
DEBTOR IN POSSESSION
BANKRUPTCY CASE #24-15170-NMC
2536 SEASCAPE DR
LAS VEGAS NV  89128-6815

**Uni-Statement**

Account Number:
████████ 2192

Statement Period:
Jun 1, 2025
through
Jun 30, 2025

Page 2 of 4

## U.S. BANK SMARTLY CHECKING

*Member FDIC*

U.S. Bank National Association

**Account Number 1-537-5987-2192**

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Jun 1 | $ | 1,306.58 |
| Deposits / Credits | | 8,453.95 |
| Card Withdrawals | | 2,109.06- |
| Other Withdrawals | | 3,615.73- |
| Checks Paid | | 3,561.16- |
| **Ending Balance on  Jun 30, 2025** | **$** | **474.58** |

| | | |
|---|---|---|
| Interest Paid this Year | $ | 0.07 |
| Number of Days in Statement Period | | 30 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun  6 | Electronic Deposit<br>REF=251570039353940N00 | From EDWARDS PETROLEU<br>PAYROLL  1462800242 | | $ | 6,453.95 |
| Jun 23 | Mobile Banking Transfer | From Account ████2184 | | | 2,000.00 |
| | | | **Total Deposits / Credits** | **$** | **8,453.95** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-4302

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun  9 | Debit Purchase - VISA<br>GOLDEN ACORN TRA | On 060825 CAMPO CA<br>REF # 2476501516036688638158 | 0366886638 | $ | 2.82- |
| Jun  9 | Recurring Debit Purchase<br>SPOTIFY | On 060625 877-778-1161 NY<br>REF # 24036295157744744336 US1 | 7744744336 | | 19.99- |
| Jun  9 | Recurring Debit Purchase<br>Netflix.com | On 060625 netflix.com  CA<br>REF # 24906415157230966802 US1 | 7230966802 | | 33.98- |
| Jun 12 | Debit Purchase - VISA<br>WALGREENS #3922 | On 061125 LAS VEGAS NV<br>REF # 2444500516300089652044 | 3000896520 | | 9.27- |
| Jun 12 | Debit Purchase - VISA<br>WALGREENS #3922 | On 061125 LAS VEGAS NV<br>REF # 2444500516300089652036 | 3000896520 | | 57.99- |
| Jun 13 | Debit Purchase - VISA<br>ARCO #66158 | On 061125 LAS VEGAS NV<br>REF # 24034545163002259557752 | 3002259557 | | 12.45- |
| Jun 13 | Debit Purchase - VISA<br>JOLLIBEE | On 061125 626-369-7118 NV<br>REF # 24692165163107144201742 | 3107144201 | | 24.90- |
| Jun 16 | Debit Purchase<br>UBR* PENDING.UBE | On 061525 San Francisc CA<br>REF # 469483    06150603 04 | | | 8.95- |
| Jun 16 | Debit Purchase<br>Uber Technologie | On 061525 Wilmington DE<br>REF # 319663    06150759 34 | | | 9.91- |
| Jun 16 | Debit Purchase - VISA<br>DD *DOORDASH HAL | On 061425 DOORDASH.COM CA<br>REF # 24011345166100099430203 | 6100099430 | | 17.61- |
| Jun 17 | Debit Purchase - VISA<br>GOLDEN ACORN TRA | On 061625 CAMPO CA<br>REF # 2476501516837588701866 | 8375888701 | | 6.51- |
| Jun 17 | Debit Purchase<br>UBR* PENDING.UBE | On 061725 San Francisc CA<br>REF # 527638    06170248 28 | | | 7.92- |
| Jun 17 | Debit Purchase<br>UBR* PENDING.UBE | On 061725 San Francisc CA<br>REF # 427386    06170504 09 | | | 8.93- |
| Jun 17 | Debit Purchase - VISA<br>GOLDEN ACORN TRA | On 061625 CAMPO CA<br>REF # 2476501516837588701874 | 8375888701 | | 13.65- |
| Jun 17 | Debit Purchase - VISA<br>GOLDEN ACORN TRA | On 061625 CAMPO CA<br>REF # 2476501516837588701882 | 8375888701 | | 16.33- |
| Jun 17 | Debit Purchase - VISA<br>DD *DOORDASH SPR | On 061525 DOORDASH.COM CA<br>REF # 24011345167100079288976 | 7100079288 | | 149.92- |
| Jun 20 | Recurring Debit Purchase<br>UBER   *ONE | On 061925 HELP.UBER.CO CA<br>REF # 24036295170714592344 US1 | 0714592344 | | 9.99- |
| Jun 20 | Debit Purchase - VISA<br>TST* HOUSE OF EM | On 061725 LAS VEGAS NV<br>REF # 24137465169100325147201 | 9100325147 | | 29.58- |
| Jun 20 | Debit Purchase - VISA<br>WWW.NORTHS* NORT | On 061825 NORTHSIDENAT NV<br>REF # 24000775170100002244365 | 0100002244 | | 95.88- |
| Jun 20 | Debit Purchase - VISA<br>EL PESCADOR FISH | On 061725 LA JOLLA CA<br>REF # 24493985169116781065344 | 9116781065 | | 110.33- |

**US bank.**

ESTATE OF ROBERT E EDWARDS
DEBTOR IN POSSESSION
BANKRUPTCY CASE #24-15170-NMC
2536 SEASCAPE DR
LAS VEGAS NV  89128-6815

**Uni-Statement**
Account Number:
◼◼◼◼◼◼ 2192
Statement Period:
Jun 1, 2025
through
Jun 30, 2025

Page 3 of 4

## U.S. BANK SMARTLY CHECKING                                      (CONTINUED)

U.S. Bank National Association                                **Account Number 1-537-5987-2192**

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-4302

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 23 | Debit Purchase - VISA<br>GOLDEN CORRAL 26 | On 061925 LAS VEGAS NV<br>REF # 2444500517100196338738 | 1100196338 | 45.47- |
| Jun 23 | Debit Purchase - VISA<br>MY THAI MASSAGE | On 062125 LAS VEGAS NV<br>REF # 2449398517311808953120 | 3118085953 | 64.86- |
| Jun 23 | Debit Purchase - VISA<br>ALBERTSONS #0212 | On 061925 LAS VEGAS NV<br>REF # 2423168517137960272283 | 1379602726 | 100.65- |
| Jun 23 | Debit Purchase - VISA<br>RADIANT SMILES S | On 061925 LAS VEGAS NV<br>REF # 2407105517193919302837 0 | 1939193028 | 930.00- |
| Jun 26 | Debit Purchase - VISA<br>TORRES MARTINEZ | On 062425 SALTON CITY  CA<br>REF # 2412942517610000001757 5 | 6100000017 | 6.77- |
| Jun 27 | Debit Purchase - VISA<br>7-ELEVEN 39605 | On 062525 LAS VEGAS NV<br>REF # 2403454517700514425842 3 | 7005144258 | 5.73- |
| Jun 27 | Debit Purchase - VISA<br>TORRES MARTINEZ | On 062525 SALTON CITY  CA<br>REF # 2412942517710000001812 7 | 7100000018 | 14.66- |
| Jun 30 | Debit Purchase<br>UBR* PENDING.UBE | On 062825 San Francisc CA<br>REF # 390196     06280238 56 | | 7.52- |
| Jun 30 | Debit Purchase<br>UBR* PENDING.UBE | On 062825 San Francisc CA<br>REF # 044094     06280455 31 | | 7.54- |
| Jun 30 | Debit Purchase - VISA<br>WENDY'S #381 | On 062925 OAK HILLS CA<br>REF # 2444500518050064735629 7 | 0500647356 | 10.23- |
| Jun 30 | Debit Purchase<br>Uber Technologie | On 062825 Wilmington DE<br>REF # 112899     06280803 42 | | 10.33- |
| Jun 30 | Debit Purchase<br>UBR* PENDING.UBE | On 062825 San Francisc CA<br>REF # 107361     06280639 30 | | 10.49- |
| Jun 30 | Debit Purchase - VISA<br>SP NEW VERNON TR | On 062825 176-02560306 CA<br>REF # 2401134518010005183116 8 | 0100051831 | 14.98- |
| Jun 30 | Debit Purchase - VISA<br>SP NEW VERNON TR | On 062825 176-02560306 CA<br>REF # 2401134517910009657597 1 | 9100096575 | 17.65- |
| Jun 30 | Debit Purchase - VISA<br>JACK IN THE BOX | On 062625 BOULDER CITY NV<br>REF # 2469216517810764679704 6 | 8107646797 | 22.83- |
| Jun 30 | Debit Purchase - VISA<br>SP NEW VERNON TR | On 062825 176-02560306 CA<br>REF # 2401134518010001492994 3 | 0100014929 | 192.44- |

| | | |
|---|---|---|
| **Card 4302  Withdrawals Subtotal** | **$** | **2,109.06-** |
| **Total Card Withdrawals** | **$** | **2,109.06-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 3 | Zelle Instant<br>On 06/03/25 | PMT To Dog Carla<br>PMT ID=USBPdYOnBAhB | $ | 110.00- |
| Jun 5 | Zelle Instant<br>On 06/05/25 | PMT To Aleza Ebona<br>PMT ID=USBFqJYnC9Q2 | | 100.00- |
| Jun 5 | Zelle Instant<br>On 06/05/25 | PMT To Aleza Ebona<br>PMT ID=USBkdXknC9Po | | 220.00- |
| Jun 6 | Zelle Instant<br>On 06/06/25 | PMT To ALEZA EBONA<br>PMT ID=USBGRnWpil69 | | 200.00- |
| Jun 6 | Electronic Withdrawal<br>REF=251560116114870N00 | To BANK OF AMERICA<br>9500000000ONLINE<br>PMTUSB341624371POS | | 500.00- |
| Jun 9 | Electronic Withdrawal<br>REF=251570123924460N00 | To SOUTHWEST GAS<br>9500000000ONLINE<br>PMTUSB341624371POS | | 20.08- |
| Jun 9 | Zelle Instant<br>On 06/08/25 | PMT To LANDSCAPE ENRIQUE<br>PMT ID=USB4mLbpiUje | | 80.00- |
| Jun 9 | Electronic Withdrawal<br>REF=251600088911700N00 | To OKINUS8004721334<br>80047213348800015084 | | 492.77- |

**US bank.**

ESTATE OF ROBERT E EDWARDS
DEBTOR IN POSSESSION
BANKRUPTCY CASE #24-15170-NMC
2536 SEASCAPE DR
LAS VEGAS NV  89128-6815

**Uni-Statement**

Account Number:
███████ 2192
Statement Period:
Jun 1, 2025
through
Jun 30, 2025

Page 4 of 4

## U.S. BANK SMARTLY CHECKING                                                          (CONTINUED)

U.S. Bank National Association

**Account Number 1-537-5987-2192**

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|------|------|------|------|
| Jun 13 | Zelle Instant | PMT To ALEZA EBONA | | 250.00- |
| | On 06/13/25 | PMT ID=USB5vGhpkkl2 | | |
| Jun 16 | Electronic Withdrawal | To DeltaCare | | 26.18- |
| | REF=251670109453870N00 | 2942761537PREMIUM  703166632703 | | |
| Jun 16 | Zelle Instant | PMT To Aleza Ebona | | 30.00- |
| | On 06/14/25 | PMT ID=USBONX6nEH2I | | |
| Jun 18 | Electronic Withdrawal | To COX COMM LAS | | 51.26- |
| | REF=251680175532000N00 | PURCHASE  1582406705 | | |
| Jun 20 | Electronic Withdrawal | To HAGERTY INS | | 96.19- |
| | REF=251690071473470N00 | PAYABLES  2880268247 | | |
| Jun 20 | Mobile Banking Transfer | To Account ████2184 | | 100.00- |
| Jun 20 | Zelle Instant | PMT To ALEZA EBONA | | 250.00- |
| | On 06/20/25 | PMT ID=USBtP7EpmjzM | | |
| Jun 25 | Zelle Instant | PMT To Natasha | | 180.00- |
| | On 06/25/25 | PMT ID=USBehoOnHOLy | | |
| Jun 25 | Electronic Withdrawal | To Ambetter | | 375.68- |
| | REF=251750083427100N00 | A113580784HEALTH INS000000278941285 | | |
| Jun 26 | Zelle Instant | PMT To Aleza Ebona | | 40.00- |
| | On 06/26/25 | PMT ID=USBNF4enI4lC | | |
| Jun 27 | Zelle Instant | PMT To ALEZA EBONA | | 250.00- |
| | On 06/27/25 | PMT ID=USBrLgzpoiOH | | |
| Jun 30 | Zelle Instant | PMT To Natasha | | 20.00- |
| | On 06/28/25 | PMT ID=USBmjUvnIFTE | | |
| Jun 30 | Zelle Instant | PMT To Aleza Ebona | | 25.00- |
| | On 06/30/25 | PMT ID=USBeXmbnJeTf | | |
| Jun 30 | Zelle Instant | PMT To Roadrunerzz Mobile Mechanics | | 60.80- |
| | On 06/28/25 | PMT ID=USB55QenIFGn | | |
| Jun 30 | Electronic Withdrawal | To ALLSTATE INS CO | | 137.77- |
| | REF=251780064944020N00 | 1360719665INS PREM  000000886812791 | | |
| | | **Total Other Withdrawals** | **$** | **3,615.73-** |

| | Total for Statement Period | Total Year to Date |
|------|------|------|
| Total Returned Item Fees | $        0.00 | $        0.00 |
| Total Overdraft Fees | $        0.00 | $      108.00 |
| TOTAL | $        0.00 | $      108.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|------|------|------|------|------|------|------|------|
| 0104 | Jun  5 | 8913931827 | 85.00 | 5062* | Jun 30 | 8016190563 | 115.00 |
| 5056* | Jun 16 | 8013251303 | 1,600.00 | 5064* | Jun  9 | 8016143288 | 261.16 |
| 5057 | Jun 13 | 9213180224 | 1,500.00 | | | | |

* Gap in check sequence                                  **Conventional Checks Paid (5)        $        3,561.16-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|------|------|------|------|------|
| Jun  3 | 1,196.58 | Jun 13 | 3,780.12 | Jun 23 | 2,000.00 |
| Jun  5 | 791.58 | Jun 16 | 2,087.47 | Jun 25 | 1,444.32 |
| Jun  6 | 6,545.53 | Jun 17 | 1,884.21 | Jun 26 | 1,397.55 |
| Jun  9 | 5,634.73 | Jun 18 | 1,832.95 | Jun 27 | 1,127.16 |
| Jun 12 | 5,567.47 | Jun 20 | 1,140.98 | Jun 30 | 474.58 |

Balances only appear for days reflecting change.

This page intentionally left blank

**US bank**

Account Number:

▬▬▬▬ 2313

Statement Period:

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

May 24, 2025

through

Jun 25, 2025

7107        INT            S        81      X      ST01

Page 1 of 2

000638993037737 P



ESTATE OF ROBERT E EDWARDS
DEBTOR IN POSSESSION
BANKRUPTCY CASE #24-15170-
2536 SEASCAPE DR
LAS VEGAS NV  89128-6815

☎                                                *To Contact U.S. Bank*

*By Phone:*                                      *800-US BANKS*
                                                *(800-872-2657)*

*U.S. Bank accepts Relay Calls*

*Internet:*                                       *usbank.com*

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## INFORMATION YOU SHOULD KNOW

Effective August 11, 2025, the following changes are being made and will be reflected in the *Consumer Pricing Information* documents which may affect your rights.

Beginning July 7, 2025, you can review the full revised document at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

- The Safe Deposit Box lock drilling fee will change to no charge (from $150)
- Under Bank Smartly® Checking, updating the ways to waive the Monthly Maintenance Fee to include owner on a U.S. Bank Smartly™ Visa Signature® Card
- Adding clarifying language to the U.S. Bank Smart Rewards® and U.S. Bank Smartly® Savings Interest Rate Bump Combined Qualifying Balance (CQB) calculation and the Smart Rewards tier assignment

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Effective August 11, 2025, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning July 7, 2025, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under **Refusing Payment on Your Checks**, adding we may refuse to exchange for cash any check drawn on your account unless the presenter of such check also maintains a deposit account with us.

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Thank you for choosing U.S. Bank. We're committed to keeping you informed about your account. As a reminder, your U.S. Bank Smartly Savings account is a variable interest rate product. This means all rates and Annual Percentage Yields (APYs) are subject to change at any time. You can review your current rate or APY by logging in to mobile or online banking or by calling U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5. Total lines 3 and 4.    $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5.  This is your balance.    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
● Tell us your name and account number.
● Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
● Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
● *Account information:* Your name and account number.
● *Dollar Amount:* The dollar amount of the suspected error.
● *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
● We cannot try to collect the amount in question, or report you as delinquent on that amount.
● The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
● While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
● We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


EQUAL HOUSING LENDER



ESTATE OF ROBERT E EDWARDS
DEBTOR IN POSSESSION
BANKRUPTCY CASE #24-15170-
2536 SEASCAPE DR
LAS VEGAS NV  89128-6815

**Uni-Statement**

Account Number:

████████ 2313

Statement Period:

May 24, 2025

through

Jun 25, 2025

Page 2 of 2

## U.S. BANK SMARTLY SAVINGS

*Member FDIC*

U.S. Bank National Association

**Account Number 2-537-5435-2313**

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on May 24 | $ | 2,437.50 | Annual Percentage Yield Earned | | 2.22% |
| Deposits / Credits | | 1,484.69 | Account Interest Rate* | | 2.47% |
| Other Withdrawals | | 2,000.00- | Interest Earned this Period | $ | 3.76 |
| | | | Interest Paid this Year | $ | 14.35 |
| **Ending Balance on  Jun 25, 2025** | **$** | **1,922.19** | Number of Days in Statement Period | | 33 |

*The Account Interest Rate reflects the rate your account is earning as of the statement end date. The Annual Percentage Yield Earned is a blend of all the rates (including bonus rates) earned on your account during this statement period.

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 30 | Federal Benefit Deposit | From VACP TREAS 310 | | $ | 1,480.93 |
| | REF=251430081186740N00 | XXVA BENEF9111036002  21230036 | | | |
| Jun 25 | Interest Paid | | 2500026175 | | 3.76 |
| | | **Total Deposits / Credits** | | **$** | **1,484.69** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 28 | Mobile Banking Transfer | To Account ████2184 | | $ | 2,000.00- |
| | | **Total Other Withdrawals** | | **$** | **2,000.00-** |

This page intentionally left blank